SUSAN G. ERWIN, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Erwin* v. *Erie R. R. Co.*, 98 App. Div. 402, affirmed.
(Argued October 8, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 9, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages caused by the deflection of waters on to plaintiff's land.

*Francis E. Wood* for appellant.

*George N. Orcutt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.